

# United States District Court

for the

Western District of Virginia

Report on Defendant Released on Conditions Pursuant to 18 U.S.C. §§ 3142 or 3143

Name of Offender: Emma Leticia Najera

Case Number: 7:12CR00066-003

M-14-1492-m-003

Name of Judicial Officer: Honorable Glen E. Conrad, Chief District Judge

Date of Release: September 7, 2012

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

**Condition(s) Violated**
1. "The defendant must avoid all contact, directly or indirectly, with any person who is or may become a victim or potential witness in the investigation or prosecution, including but not limited to: co-defendant Worrell and Selvin Najera (husband); those who use, manufacture or distribute illegal substances. Not to have any discussions of case with Najera."

2. "The defendant must report as a soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to any arrest, questioning, or traffic stop."

**Nature of Non-compliance**
1. On August 29, 2013, this officer received information from the Drug Enforcement Administration alleging the defendant has attempted to coerce and tamper with witnesses referencing her case, which is considered a violation of pretrial conditions.

2. On June 10, 2013, the defendant had contact with law enforcement from the Rockingham County Police Department located in Madison, North Carolina, referencing a domestic disturbance involving the defendant and her husband/co-defendant, Selvin Najera. The defendant was under courtesy supervision of the Middle District of North Carolina at the time of this alleged incident. The officer providing courtesy supervision for the defendant advised the defendant did not contact him relating to this matter.

**U.S. Probation Officer Action**
This officer requests a warrant for the defendant's arrest to address the issues of noncompliance.

|  |  | Respectfully submitted, |
|---|---|---|
|  | by | *[signature]* |

|  | Michael C. Terry, Jr.<br>U.S. Probation Officer<br>Date: September 5, 2013 |
|---|---|

## Judicial Action

[✓] Agree with Probation Officer's Recommendation
[ ] Submit a Request for Modifying the Condition(s) of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

|  | *[signature]* |
|---|---|
|  | Signature of Judicial Officer |
|  |  |
|  | Date SEPTEMBER 5, 2013 |